UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SEBRING, JEREMY W § Case No. 09-46912
PETERSON, CHARLOTTE §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 4/20/2012 in Courtroom B,
Park City Branch Court
301 Greenleaf Avenue
Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
Clerk, U. S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SEBRING, JEREMY W § Case No. 09-46912
PETERSON, CHARLOTTE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,940.44 |
| and approved disbursements of | $ | 2,990.03 |
| leaving a balance on hand of[1] | $ | 2,950.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 743.05 | $ 0.00 | $ 743.05 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,716.75 | $ 0.00 | $ 1,716.75 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 2.91 | $ 2.91 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,719.80 |
| Remaining Balance | | $ | 230.61 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 307.45  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  75.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA,N.A. c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | $ 307.45 | $ 0.00 | $ 230.61 |
| | Total to be paid to timely general unsecured creditors | | | $ 230.61 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen  
                          Trustee

JOSEPH E. COHEN  
105 WEST MADISON STREET  
SUITE 1100  
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                       Case No. 09-46912-ABG
Jeremy W Sebring                                             Chapter 7
Charlotte Peterson
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams              Page 1 of 3                    Date Rcvd: Mar 30, 2012
                              Form ID: pdf006              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2012.
db          +Jeremy W Sebring,    1749 N Camino Agrios,    Tucson, AZ 85715-5900
jdb        #+Charlotte Peterson,    1749 N Camino Agrios,    Tucson, AZ 85715-5900
14836967    +Applied Card Bank,    Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
14836968    +Associates/citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14836969    +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
              Wilmington, DE 19899-8833
14836970    +Baxter Credit Union,    400 N Lakeview Pak,    Vernon Hills, IL 60061-1854
14836971    +Baxter Emply Cr Union,    1425 Lake Cook Rd,    Deerfield, IL 60015-5213
14836972   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091)
14836973    +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
17016278    +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
14836974    +Citi Corp Credit Services,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195-0507
14836975    +Citi Flex,    Po Box 6241,    Sioux Falls, SD 57117-6241
14836976    +CitiCards Private Label,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195-0507
14836977    +Direct Merchants Bank,    Card Member Services - GSC,    Po Box 5246,    Carol Stream, IL 60197-5246
14836978     GE Money Bank/premier jewelers,     PO Box 981127,    El Paso, TX 79998-1127
14836979    +Healthcare Coll Inc,    2432 W Peoria Ave,    Phoenix, AZ 85029-4726
14836980    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14836983    +Lake Shore Pathologists,    520 E 22nd St,    Lombard, IL 60148-6110
14836984   #+MedAssist,    8755 W Higgins, Suite 800,    Chicago, IL 60631-2748
14836986    +The Limited,    Po Box 182125,    Columbus, OH 43218-2125
14836987    +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
14836989    +USAA Federal Savings Bank,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
14836988    +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
14836991    +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
14836992    +Wells Fargo Card Ser,    Po Box 5058,    Portland, OR 97208-5058
14836993    +Zale/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14836981    +E-mail/Text: ebnsterling@weltman.com Mar 31 2012 01:36:06      Kay Jewelers,    375 Ghent Rd,
              Akron, OH 44333-4600
14836982    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 31 2012 01:35:43      Kohls,    Attn: Recovery,
              Po Box 3120,    Milwaukee, WI 53201-3120
14836985    +Fax: 847-227-2151 Mar 31 2012 02:26:24     Mrsi,    2250 E Devon Ave Ste 352,
              Des Plaines, IL 60018-4521
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14836990   ##+Vista Medical Center East,    99 Greenwood Ave,    Waukegan, IL 60087-5136
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 3           Date Rcvd: Mar 30, 2012
                              Form ID: pdf006              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 01, 2012**                     **Signature:**      *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams           Page 3 of 3              Date Rcvd: Mar 30, 2012
                              Form ID: pdf006           Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2012 at the address(es) listed below:

```
          David M. Samson    on behalf of Debtor Jeremy Sebring billbusters@bestclientinc.com
          Gina B Krol    on behalf of Trustee Joseph Cohen gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Jessee Renee Dagen Tillman    on behalf of Debtor Jeremy Sebring NDILnotices@legalhelpers.com,
           CourtNotice@legalhelpers.com;jdg@legalhelpers.com;bk@legalhelpers.com;exs@legalhelpers.com
          Joseph E Cohen    on behalf of Trustee Joseph Cohen jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Joseph E Cohen    jcohenattorney@aol.com,
           jcohen@ecf.epiqsystems.com;jcohen@cohenandkrol.com;jhazdra@cohenandkrol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yan  Teytelman    on behalf of Trustee Joseph Cohen law_4321@yahoo.com,
           Billbusters@BestClientinc.com;BorgesLawOffice@gmail.com
                                                                                             TOTAL: 7
```