UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SEBRING, JEREMY W § Case No. 09-46912
PETERSON, CHARLOTTE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Baxter Credit Union 400 N Lakeview Pak Vernon Hills, IL 60061 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| CHARLOTTE PETERSON | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associates/citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baxter Emply Cr Union 1425 Lake Cook Rd Deerfield, IL 60015 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Corp Credit Services Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citi Flex Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | CitiCards Private Label Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Direct Merchants Bank Card Member Services - GSC Po Box 5246 Carol Stream, IL 60197 | | | | | |
| | GE Money Bank/premier jewelers PO Box 981127 El Paso, TX 79998-1127 | | | | | |
| | Healthcare Coll Inc 2432 W Peoria Ave Phoenix, AZ 85029 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Kay Jewelers 375 Ghent Rd Akron, OH 44333 | | | | | |
| | Kohls Attn: Recovery Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Lake Shore Pathologists 520 E 22nd St Lombard, IL 60148 | | | | | |
| | MedAssist 8755 W Higgins, Suite 800 Chicago, IL 60631 | | | | | |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| | The Limited Po Box 182125 Columbus, OH 43218 | | | | | |
| | Tnb-visa Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | USAA Federal Savings Bank 10750 Mcdermott Fwy San Antonio, TX 78288 | | | | | |
| | USAA Federal Savings Bank 10750 Mcdermott Fwy San Antonio, TX 78288 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | USAA Federal Savings Bank 10750 Mcdermott Fwy San Antonio, TX 78288 | | | | | |
| | United Collect Bur Inc 5620 Southwyck Blvd Ste Toledo, OH 43614 | | | | | |
| | United Collect Bur Inc 5620 Southwyck Blvd Ste Toledo, OH 43614 | | | | | |
| | Vista Medical Center East 99 Greenwood Ave Waukegan, IL 60087 | | | | | |
| | Wells Fargo Card Ser Po Box 5058 Portland, OR 97208 | | | | | |
| | Wells Fargo Card Ser Po Box 5058 Portland, OR 97208 | | | | | |
| | Wells Fargo Po Box 60510 Los Angeles, CA 90060 | | | | | |
| | Wells Fargo Po Box 60510 Los Angeles, CA 90060 | | | | | |
| | Zale/cbsd Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE BANK USA,N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-46912 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | SEBRING, JEREMY W | | | | Date Filed (f) or Converted (c): | 12/11/09 (f) |
| | PETERSON, CHARLOTTE | | | | 341(a) Meeting Date: | 01/04/10 |
| For Period Ending: | 07/11/12 | | | | Claims Bar Date: | 05/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 200.00 | 0.00 | | 0.00 | 0.00 |
| 2. SAVINGS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. CERTIFICATE OF DEPOSIT | 11,728.56 | 5,928.56 | | 5,940.03 | 0.00 |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 400.00 | 0.00 | | 0.00 | 0.00 |
| 6. VEHICLE | 5,240.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.44 | Unknown |

TOTALS (Excluding Unknown Values)     $19,568.56     $5,928.56     $5,940.47     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS RECEIVED PROCEEDS FROM CERTIFICATE OF DEPOSIT FROM WELLS FARGO BANK. DEBTOR FILED MOTION TO COMPEL TRUSTEE TO ABANDON FUNDS ON HAND. THIS WAS EVENTUALLY RESOLVED BETWEEN THE PARTIES. TRUSTEE DRAFTING HIS TFR AND NFR.

Initial Projected Date of Final Report (TFR): 11/30/11     Current Projected Date of Final Report (TFR): 03/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46912 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SEBRING, JEREMY W | Bank Name: | BANK OF AMERICA, N.A. |
| | PETERSON, CHARLOTTE | Account Number / CD #: | *******1561 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3623 | | |
| For Period Ending: | 07/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/11 | 3 | WELLS FARGO BANK, N.A. | Proceeds from bank accounts | 1129-000 | 5,940.03 | | 5,940.03 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 5,940.05 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 2.91 | 5,937.14 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,937.19 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,937.24 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,937.29 |
| 06/16/11 | 000302 | Charlotte Peterson | Settlement of contested motion Payment of exemption | 2990-000 | | 2,968.64 | 2,968.65 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 2,968.70 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,968.72 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,968.75 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,968.77 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,968.80 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.78 | 2,965.02 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,965.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.66 | 2,961.38 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,961.40 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.65 | 2,957.75 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 2,957.78 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.88 | 2,953.90 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,953.92 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.51 | 2,950.41 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,950.43 |
| 04/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,950.44 |
| 04/18/12 | | Transfer to Acct #*******2222 | Final Posting Transfer | 9999-000 | | 2,950.44 | 0.00 |

Page Subtotals  5,940.47  5,940.47

Ver: 16.06b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46912 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | SEBRING, JEREMY W | | Bank Name: | BANK OF AMERICA, N.A. |
| | PETERSON, CHARLOTTE | | Account Number / CD #: | *******1561 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3623 | | | |
| For Period Ending: | 07/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,940.47 | 5,940.47 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 2,950.44 | |
| | | | Subtotal | | 5,940.47 | 2,990.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,940.47 | 2,990.03 | |

Page Subtotals    0.00    0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-46912 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | SEBRING, JEREMY W | | Bank Name: | BANK OF AMERICA, N.A. |
| | PETERSON, CHARLOTTE | | Account Number / CD #: | *******2222 BofA - Checking Account |
| Taxpayer ID No: | *******3623 | | | |
| For Period Ending: | 07/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/12 | | Transfer from Acct #*******1561 | Transfer In From MMA Account | 9999-000 | 2,950.44 | | 2,950.44 |
| 04/26/12 | 003001 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 743.05 | 2,207.39 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL 60602-0000 | | | | | |
| 04/26/12 | 003002 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,144.50 | 1,062.89 |
| 04/26/12 | 003003 | CLERK, U.S. BANKRUPTCY COURT | REOPENING FEE | 2700-000 | | 260.00 | 802.89 |
| 04/26/12 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 572.25 | 230.64 |
| 04/26/12 | 003005 | Chase Bank USA,N.A. | Claim 000001, Payment 75.01708% | 7100-000 | | 230.64 | 0.00 |
| | | c/o Creditors Bankruptcy Service | | | | | |
| | | P O Box 740933 | | | | | |
| | | Dallas, TX 75374 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,950.44 | 2,950.44 | 0.00 |
| Less: Bank Transfers/CD's | 2,950.44 | 0.00 | |
| Subtotal | 0.00 | 2,950.44 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,950.44 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******1561 | 5,940.47 | 2,990.03 | 0.00 |
| BofA - Checking Account - *******2222 | 0.00 | 2,950.44 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,940.47 | 5,940.47 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  2,950.44  2,950.44

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-46912 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | SEBRING, JEREMY W | Bank Name: | BANK OF AMERICA, N.A. |
|  | PETERSON, CHARLOTTE | Account Number / CD #: | *******2222  BofA - Checking Account |
| Taxpayer ID No: | *******3623 | | |
| For Period Ending: | 07/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*